UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DINO N. THEODORE and<br>ACCESS WITH SUCCESS, INC.,<br>Plaintiffs<br><br>v.<br><br>99 RESTAURANTS, LLC,  99 WEST, LLC,<br>DOUBLE 9 PROPERTY III, LLC and<br>99 REMAINDER III, LLC,<br>Defendants | )<br>)<br>)    CASE NO.: 1:18-cv-368-SM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL -- FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties herein have stipulated that this action by the plaintiffs, **Dino N. Theodore** and **Access with Success, Inc.**, be dismissed as to one defendant only, **99 Remainder III, LLC**, with prejudice and without costs, all rights of appeal waived.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| The Plaintiffs,<br>**Dino N. Theodore, et al.** | The Defendants,<br>**99 Restaurants, LLC, et al.** |
| By their Attorneys, | By their Attorneys, |
| /s/Nicholas S. Guerrera<br>Nicholas S. Guerrera, NH Bar ID #6520<br>Shaheen Guerrera & O'Leary, LLC<br>820A Turnpike Street<br>North Andover, Massachusetts 01845<br>(978) 689-0800<br>nguerrera@sgolaw.com | /s/James L. Frederick<br>James L. Frederick<br>(*Pro Hac Vice*)<br>Koufman & Frederick, LLP<br>145 Tremont Street, 4th Floor<br>Boston, Massachusetts 02111<br>(617) 738-7880<br>jfrederick@kflawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served upon the defendants' attorneys of record through the ECF system on this date.

/s/Nicholas S. Guerrera
Dated:  1/11/2019                                           Nicholas S. Guerrera