UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dino N. Theodore, et al</u>

    v.                          Case No. 18-cv-368-SM

<u>99 Restaurants, LLC, et al</u>

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the following:

1. Stipulation of Dismissal as to 99 Remainder, III, LLC filed on January 11, 2019; and

2. Order by District Judge Steven J. McAuliffe dated October 2, 2019.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: October 2, 2019

cc:  Nicholas S. Guerrera, Esq.
     James L. Frederick, Esq.
     Laurence B. Cote, Esq.